UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

|  |  |  |
|---|---|---|
| KELVIN GRANT WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | No. 2:14-CV-55-FL |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the commissioner's motion to dismiss plaintiff's complaint pursuant to Fed.R.Civ.P. 12(b)(6).

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered November 26, 2014, and for the reasons set forth more specifically therein, that the commissioner's motion to dismiss the complaint with prejudice pursuant to Fed.R.Civ.P. 12(b)(6) is granted.

**This Judgment Filed and Entered on November 26, 2014, and Copies To:**

Lawrence Wittenberg  (via CM/ECF Notice of Electronic Filing)
Robert K. Crowe  (via CM/ECF Notice of Electronic Filing)


November 26, 2014                    JULIE A. RICHARDS, CLERK
                                       /s/ Christa N. Baker
                                     (By) Christa N. Baker, Deputy Clerk